

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Osmar J. Benvenuto*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Direct Dial: (973)645-2869*
*Facsimile: (973) 645-3497*

November 19, 2012

**VIA ELECTRONIC CASE FILING**

The Honorable Jose L. Linares
United States District Judge
United States District Court
District of New Jersey
Martin Luther King, Jr., Building
  and Courthouse
50 Walnut Street
Newark, New Jersey 07102

        RE:   United States v. Wei Zhou,
                   Crim. No. 12-395

Dear Judge Linares:

       The Government respectfully requests an extension until December 19, 2012 of the deadline to file its opposition brief in the above-captioned matter.

       Due to circumstances surrounding Hurricane Sandy, the defense brief was filed this past Thursday, November 15, 2012. Under the original briefing schedule, the Government's brief is due November 20, 2012. Defense counsel has no objection to the requested extension of the Government's filing deadline.

       Thank you very much for your consideration.

                        Respectfully submitted,

                        PAUL J. FISHMAN
                        United States Attorney

                        s/  Osmar J. Benvenuto

**SO ORDERED:** _/s/_
**DATED:** 11/19/2012

                        By:  OSMAR J. BENVENUTO
                        Assistant United States Attorney